**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Joe Leonard Lambright, | ) | No.  CV-87-235-TUC-CKJ |
| Petitioner, | ) | |
| vs. | ) | |
| Charles L. Ryan, et al., | ) | **ORDER** |
| Respondents. | ) | |

On December 20, 2012, the Ninth Circuit issued its mandate remanding this matter for further proceedings on Respondents' Motion to Modify Protective Order.  (Doc. 398.)

**IT IS THEREFORE ORDERED** that no later than **February 11, 2013**, Petitioner shall file a supplemental response to Respondents' Motion to Modify Protective Order, which shall set forth the specific statements or information he contends are privileged and explain why each is privileged and protected from use at his resentencing.  Respondents shall file a supplemental reply to this response no later than **February 28, 2013**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall re-open this case and shall substitute Charles L. Ryan, Director of the Arizona Department of Corrections, as Respondent in place of his predecessors Samuel A. Lewis and Dora B. Schriro, pursuant to Fed. R. Civ. P. 25(d)(1).

DATED this 9th day of January, 2013.

_____
Cindy K. Jorgenson
United States District Judge