**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joe Leonard Lambright,<br>　　　　　Petitioner,<br>vs.<br>Charles L. Ryan, et al.,<br>　　　　　Respondents. | No. CV-87-235-TUC-CKJ<br><br>**ORDER** |

The parties have filed a joint motion to stay district court proceedings pending resolution of Respondents' petition for certiorari in the United States Supreme Court. Good cause appearing,

**IT IS ORDERED** granting the parties' Joint Motion to Stay District Court Proceedings (Doc. 401) and staying these proceedings until further order of the Court.

DATED this 8th day of February, 2013.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Cindy K. Jorgenson
　　　　　　　　　　　　　　　United States District Judge