**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joe Leonard Lambright,<br><br>Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>Respondents. | No. CV-87-235-TUC-CKJ<br><br><br><br><br><br>**ORDER** |

Certiorari in this matter having been denied on June 3, 2013,

**IT IS HEREBY ORDERED** lifting the stay of proceedings.

**IT IS FURTHER ORDERED** that no later than **June 24, 2013**, Petitioner shall file a supplemental response to Respondents' Motion to Modify Protective Order, which shall set forth the specific statements or information he contends are privileged and explain why each is privileged and protected from use at his resentencing. Respondents shall file a supplemental reply to this response no later than **July 15, 2013**.

DATED this 3rd day of June, 2013.

_____
Cindy K. Jorgenson
United States District Judge