**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joe Leonard Lambright,<br><br>            Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>            Respondents. | No.  CV-87-235-TUC-CKJ<br><br>**ORDER** |

There being no objection,

**IT IS HEREBY ORDERED** that Respondents' Motion for Extension of Time to File Supplemental Reply to Petitioner's "Supplemental Response to Respondents' Motion to Modify Protective Order" (Doc. 408) is **GRANTED**.  The supplemental reply shall be filed no later than **July 29, 2013**.

DATED this 9th day of July, 2013.

_____
Cindy K. Jorgenson
United States District Judge